UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY J. NELSON-PACEWICZ, SR., <br><br> Plaintiff <br><br> v. <br><br> LUZERNE COUNTY CHILDREN & YOUTH SERVICES, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:24-CV-00657 <br><br> (MEHALCHICK, J.) |

### ORDER

Plaintiff initiated this action on April 16, 2024 through the filing of a complaint (Doc. 1). On April 22, 2024, the magistrate judge assigned to the matter issued a Report and Recommendation (Doc. 4) in which he concluded that the complaint failed to state a claim and recommended that the matter be dismissed without prejudice to plaintiff filing an amended complaint. On May 3, 2024, Plaintiff filed an amended complaint (Doc. 6). As such, the Court will **ADOPT** the Report and Recommendation (Doc. 4) and remand this matter to the assigned magistrate judge for further proceedings.[1]

BY THE COURT:

Date: November 7, 2024

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**

---

[1] Plaintiff filed two motions for leave to proceed *in forma pauperis* (Doc. 2; Doc. 5). Based on the Court's review of Plaintiff's motions, the motions to proceed *in forma pauperis* are **GRANTED**.